IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

MICHAEL C. ROSS,

                Petitioner,

    v.                                                         CASE NO. 24-3031-JWL

THOMAS L. WILLIAMS,

                Respondent.

**MEMORANDUM AND ORDER**

This matter is a pro se petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254. On March 25, 2024, the Court issued an order directing Respondent to file a limited Pre-Answer Response (PAR) addressing the timeliness of this action. (Doc. 8.) Shortly thereafter, the Court received from Petitioner a motion to stay this matter and hold it in abeyance while he exhausts state court remedies on those claims in this matter that are not yet exhausted. (Doc. 11.) Because the question of timeliness may be dispositive of this matter, the Court will wait to rule on the motion to stay (Doc. 11) until it receives the PAR and resolves the timeliness question.

**IT IS THEREFORE ORDERED** that the deadline to submit the PAR remains in effect. The Court will defer ruling on the motion for stay (Doc. 11) until after the Court has resolved whether this matter was timely filed.

**IT IS SO ORDERED.**

DATED:   This 25th day of March, 2024, at Kansas City, Kansas.

                                                 S/ John W. Lungstrum
                                                 JOHN W. LUNGSTRUM
                                                 United States District Judge