IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**MICHAEL C. ROSS,**

          **Petitioner,**

v.                                                             CASE NO. 24-3031-JWL

**DON LANGFORD,**

          **Respondent.**

## MEMORANDUM AND ORDER

This matter comes before the Court on Petitioner's response, filed May 31, 2024. (Doc. 17.) Petitioner is directed to advise the Court in writing about the steps he took to prepare his petition after he learned—on December 28, 2023—that it had not been filed and before the first prison transfer occurred—on January 16, 2024. (*See* Doc. 17, p. 2.) After Petitioner has filed his written response to this order, the Court will review it and issue further orders as necessary.

**IT IS THEREFORE ORDERED THAT** Petitioner is granted until and including July 2, 2024 in which to file a written response that includes the information identified in this order. If Petitioner fails to timely respond to this order, this matter may be dismissed as time-barred without further prior notice to Petitioner.

**IT IS SO ORDERED.**

DATED: This 3rd day of June, 2024, at Kansas City, Kansas.

                                                         S/ John W. Lungstrum
                                                         JOHN W. LUNGSTRUM
                                                         United States District Judge