IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**MICHAEL C. ROSS,**

                **Petitioner,**

        v.                                                                              CASE NO. 24-3031-JWL

**DON LANGFORD,**

                **Respondent.**

## **MEMORANDUM AND ORDER**

This matter is a petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 by Petitioner and Kansas state prisoner Michael C. Ross. After conducting an initial review of the petition under Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts, this Court concluded that this matter appeared to be untimely filed. Thus, the Court directed Petitioner and Respondent to provide information and argument regarding timeliness. (Docs. 4, 7-8, 10, 13-19.) In particular, the Court directed Respondent to file a pre-answer response (PAR) regarding timeliness and, thereafter, directed Petitioner to provide additional information related to his assertion that equitable tolling of the statute of limitations is justified. Because Petitioner's responsive filings clarified some of his allegations and arguments, the Court will grant Respondent the opportunity to reply to Petitioner's clarified arguments on equitable tolling.

**IT IS THEREFORE ORDERED THAT** Respondent is granted to and including July 29, 2024 in which to respond to Petitioner's arguments in support of equitable tolling. Respondent need not repeat argument already included in the PAR; he is granted this opportunity to reply to Petitioner's post-PAR assertions and arguments. Petitioner is directed not to file a response to this

1

reply until and unless the Court directs him to do so. After the Court receives and reviews Respondent's response to this order, it will issue further orders as necessary.

**IT IS SO ORDERED.**

DATED:   This 28th day of June, 2024, at Kansas City, Kansas.

<u>S/ John W. Lungstrum</u>
JOHN W. LUNGSTRUM
United States District Judge