IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

MICHAEL C. ROSS,

                Petitioner,

      v.                                                          CASE NO. 24-3031-JWL

DON LANGFORD,

                Respondent.

**MEMORANDUM AND ORDER**

      This matter is a pro se petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 by Petitioner and state prisoner Michael C. Ross. It comes before the Court on Petitioner's response (Doc. 23) to the Court's order (Doc. 22) directing him to provide additional information in support of his motion to stay (Doc. 11). In his response, Petitioner asks the Court to "ignore the motion to stay." (Doc. 23, p. 2.) The Court liberally construes the response (Doc. 23) as a motion to withdraw the motion to stay this matter, which will be granted. The Court will continue its Rule 4 review of the petition in this matter and will issue further orders as necessary.

      **IT IS THEREFORE ORDERED** that the response (Doc. 23) is construed as a motion to withdraw Petitioner's previous motion to stay (Doc. 11). The motion to withdraw (Doc. 23) is **granted** and the clerk is directed to withdraw the motion to stay (Doc. 11) from the docket.

      **IT IS SO ORDERED.**

      DATED:   This 7th day of August, 2024, at Kansas City, Kansas.

                                                                                            S/ John W. Lungstrum
                                                                                            JOHN W. LUNGSTRUM
                                                                                            United States District Judge